No. 875. BURBRIDGE ET AL. *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of S. F. and/or Sup. Ct. Cal. Certiorari denied. *Seymour Farber* for petitioners. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Robert R. Granucci,* Deputy Attorney General, for respondent.

No. 1061. McADOO ET AL. *v.* NEW YORK. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Stanley Faulkner* for petitioners McAdoo et al. *Frank S. Hogan* for respondent.

No. 1064. STOCKTON PORT DISTRICT *v.* FEDERAL MARITIME COMMISSION ET AL. C. A. 9th Cir. Certiorari denied. *J. Richard Townsend* for petitioner. *Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Irwin A. Seibel* and *Robert N. Katz* for respondent Federal Maritime Commission et al.; *Edward D. Ransom* for respondent Pacific Westbound Conference; and *Thomas C. Lynch,* Attorney General, and *Miriam E. Wolff,* Deputy Attorney General, for respondent State of California.

No. 1074. SOUTHERN RAILWAY Co. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *W. Graham Claytor, Jr., Henry P. Sailer* and *Charles J. Bloch* for petitioner. *Solicitor General Marshall, Assistant Attorney General Sanders* and *Kathryn H. Baldwin* for the United States.

No. 1149. HUSSEY *v.* PETITO ET AL. Ct. App. N. Y. Certiorari denied. *Stephen L. Hoffman* for petitioner.